

ORIGINAL

FILED

09/06/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 22-0472

IN THE SUPREME COURT OF THE STATE OF MONTANA

OP 22-0472

CASSANDRA A. LARUE,

Petitioner,

v.

JENNIE HANSEN, Warden,

Respondent

FILED

SEP 06 2022

Bowen Greenwood
Clerk of Supreme Court
State of Montana

ORDER

Representing herself, Cassandra A. LaRue has filed a Petition for Writ of Habeas Corpus. Upon review, we deem it appropriate to require a response to LaRue's Petition. Therefore,

IT IS ORDERED that the Attorney General or counsel for the Department of Correction is GRANTED thirty days from the date of this Order in which to prepare, file, and serve a written response to the petition for a writ of habeas corpus together with appropriate documentary exhibits.

The Clerk of the Supreme Court is directed to provide a copy of this Order to the Attorney General; to counsel for the Department of Corrections; and to Petitioner personally.

DATED this 6th day of September, 2022.

Justice